# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE
MAGISTERIAL DISTRICTS WITHIN
THE 19th JUDICIAL DISTRICT OF
THE COMMONWEALTH OF
PENNSYLVANIA

:   NO. 523
:
:   MAGISTERIAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

AND NOW, this 27th day of December 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 19th Judicial District (York County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 19-1-01, 19-1-04, 19-2-05, 19-3-05, and 19-3-06 within York County, to be effective January 2, 2023, is granted; and that the Petition, which provides for the reestablishment of all remaining Magisterial Districts as they currently exist, to be effective immediately, is granted;

Said Magisterial Districts shall be as follows:

Magisterial District 19-1-01
Magisterial District Judge Thomas L. Harteis

City of York (Wards 7, 12-1, 12-2, 12-4)

Magisterial District 19-1-02
Magisterial District Judge James H. Morgan

City of York (Wards 11, 13, 14-1, 14-2, 14-3)

Magisterial District 19-1-03
VACANT

Hanover Borough

Magisterial District 19-1-04
Magisterial District Judge Adrian Boxley

City of York (Wards 1, 6, 8, 15)

Magisterial District 19-1-05  
Magisterial District Judge Joel N. Toluba

City of York (Wards 5, 9-1, 9-2)

Magisterial District 19-2-01  
Magisterial District Judge Barry L. Bloss, Jr.

Springettsbury Township

Magisterial District 19-2-02  
Magisterial District Judge Scott E. Laird

Dallastown Borough  
Yoe Borough  
York Township

Magisterial District 19-2-03  
VACANT

West Manchester Township

Magisterial District 19-2-04  
Magisterial District Judge Jeffrey L. Oberdorf

Manchester Township

Magisterial District 19-2-05  
Magisterial District Judge Jennifer J.P. Clancy

North York Borough  
Spring Garden Township  
City of York (Ward 12-3)

Magisterial District 19-3-01  
Magisterial District Judge John H. Fishel

Chanceford Township  
East Prospect Borough

Felton Borough  
Lower Windsor Township  
Red Lion Borough  
Windsor Borough  
Windsor Township  
Yorkana Borough

Magisterial District 19-3-03  
Magisterial District Judge Laura S. Manifold

Cross Roads Borough  
Delta Borough  
East Hopewell Township  
Fawn Grove Borough  
Fawn Township  
Hopewell Township  
Lower Chanceford Township  
North Hopewell Township  
Peach Bottom Township  
Stewartstown Borough  
Winterstown Borough

| | |
|---|---|
| Magisterial District 19-3-04<br>Magisterial District Judge Linda L. Sweeney | Glen Rock Borough<br>Jacobus Borough<br>Loganville Borough<br>New Freedom Borough<br>Railroad Borough<br>Shrewsbury Borough<br>Shrewsbury Township<br>Springfield Township |
| Magisterial District 19-3-05<br>Magisterial District Judge Jeffrey A. Sneeringer | Heidelberg Township<br>Manheim Township<br>Penn Township<br>West Manheim Township |
| Magisterial District 19-3-06<br>Magisterial District Judge Thomas J. Reilly | Codorus Township<br>Jackson Township<br>Jefferson Borough<br>New Salem Borough<br>North Codorus Township<br>Paradise Township<br>Seven Valleys Borough<br>Spring Grove Borough<br>West York Borough |
| Magisterial District 19-3-07<br>Magisterial District Judge David C. Eshbach | Conewago Township<br>Dover Borough<br>Dover Township |
| Magisterial District 19-3-09<br>Magisterial District Judge Scott J. Gross | Fairview Township<br>Goldsboro Borough<br>Lewisberry Borough<br>Newberry Township<br>York Haven Borough |
| Magisterial District 19-3-10<br>Magisterial District Judge Richard T. Thomas | Carroll Township<br>Dillsburg Borough<br>Franklin Township<br>Franklintown Borough<br>Monaghan Township<br>Warrington Township<br>Washington Township<br>Wellsville Borough |

Magisterial District 19-3-11  
Magisterial District Judge Robert A. Eckenrode

East Manchester Township  
Hallam Borough  
Hellam Township  
Manchester Borough  
Mount Wolf Borough  
Wrightsville Borough